IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No.1:19MJ 550 |
| ) | PETTY |
| v. ) | Trial Date: January 7, 2020 |
| ) | |
| DAVID ANDREW ROBERTSON, ) | |
| ) | |
| Defendant. ) | |

CRIMINAL INFORMATION
(Count 1 – Class B Petty 7881343)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 6, 2019, at Wolf Trap Park, in the Eastern District of Virginia, the defendant, DAVID ANDREW ROBERTSON, did unlawfully drive a vehicle upon a highway recklessly and in a manner so as to endanger the life, limb and property of any person.

(Violation of Title 36, Code of Federal Regulations, Section 4.2, adopting Title 46.2, Code of Virginia, Section 852).

(Count 2 - Class B Petty)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about September 6, 2019, at Wolf Trap Park, in the Eastern District of Virginia, the defendant, DAVID ANDREW ROBERTSON, did violate the lawful order of a government employee authorized to maintain order and control public access and movement during activities where the control of public movement and activities is necessary to maintain order and public safety.

(Violation of 36, Code of Federal Regulations, Section 2.32(a)(2)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Marc J. Birnbaum
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3700
Fax: (703)-299-3980
marc.birnbaum@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be emailed to defense counsel on the 27TH day of December, 2019.

Steven Lee Duckett, Jr.
Price Benowitz LLP
9119 Church Street
Suite 10
Manassas, VA 20110
703-424-5195
Fax: 703-991-0604
Email: steve@pricebenowitz.com

Marc J. Birnbaum
Assistant United States Attorney